IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TITUS ANDREWS, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-00243-MTT |
| | * |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 4, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 5th day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk